■ RICHARD DJEDDAH, Plaintiff, and RACHEL DJEDDAH, Respondent, v DANIEL TURK WILLIAMS, M.D., Appellant. [19 NYS3d 890]—Appeal from order, Supreme Court, New York County (Alice Schlesinger, J.), entered on or about December 11, 2014, which granted plaintiff Rachel Djeddah's oral application for an extension of time to comply with the terms of a conditional order of dismissal, same court and Justice, dated August 8, 2014, to the extent of directing plaintiff to serve expert disclosure within 30 days and to withdraw her motion to vacate the conditional order, unanimously dismissed, without costs, as taken from a nonappealable order.

The order, issued at a conference, is not appealable as of right because it did not decide a motion made on notice (*see* CPLR 5701 [a] [2]; *Sholes v Meagher*, 100 NY2d 333 [2003]; *Sidelev v Tsal-Tsalko*, 52 AD3d 398 [1st Dept 2008]). Concur—Tom, J.P., Friedman, Saxe and Gische, JJ.